NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
### (THE HONORABLE DAVID O. CARTER)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GUSTAVO BARBA,<br><br>    Defendant | Case No.: SA CR 15-0076-DOC-01<br><br>**ORDER [167]** |

Having considered the defendant's unopposed motion to vacate change of plea and hearing re application for reconsideration of order setting conditions of release/detention hearing scheduled for August 9, 2016, and for good cause shown, it is hereby ordered that the hearing shall be **adjourned to August 16, 2016 at 1:30 p.m.**

This the 8th day of August 2016.

*David O. Carter*
_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE